UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

TIFFANY JAKSTIS,

        Plaintiff,

        v.

WELLS FARGO BANK, N.A., etc., et al.,

        Defendants.

Case No. 8:17-cv-01437-DOC (JDEx)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Second Amended Complaint ("SAC") filed by Plaintiff Tiffany Jakstis ("Plaintiff"), the Motion to Dismiss the SAC ("Motion to Dismiss") and accompanying Request for Judicial Notice filed by defendant Wells Fargo Bank, N.A. ("Defendant") and the Opposition and Reply briefs relating thereto, and the Report and Recommendation of the assigned United States Magistrate Judge. No party has filed any written objection to the Report and Recommendation.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted;

2. Defendant's Request for Judicial Notice (Dkt. 23) is granted as to

the existence of documents A through G attached to the Request, but not as to the truth of the contents of those documents;

3. The Motion to Dismiss (Dkt. No. 22) is: (a) GRANTED without leave to amend as to Claim Two in the SAC and with leave to amend as to Claim Three; and (b) DENIED in its alternative request for a more definite statement; and

4. If Plaintiff can remedy the deficiencies described in the Report and Recommendation regarding Claim Three, she shall file a Third Amended Complaint by no later than 30 days from date of this Order which deletes Claim Two and remedies the deficiencies described in the Report and Recommendation in what is now numbered Claim Three in the SAC, but would be re-numbered as Claim Two in a Third Amended Complaint. Failure to timely file such a Third Amended Complaint will be deemed consent to a finding that the deficiencies in Claim Three cannot be remedied.

Dated: May 8, 2018

*David O. Carter*

DAVID O. CARTER
United States District Judge